IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BRANDON GUNNELL,

    Plaintiff,

v.                                                   CIVIL ACTION NO. 2:12cv55

EQUIFAX INFORMATION SERVICES, LLC, et al,

    Defendants.

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Newport News Shipbuilding Employees' Credit Union, Inc., t/a BayPort Credit Union, in the above captioned action certifies that it has no wholly owned subsidiaries or interest in publicly traded corporations.

                                        NEWPORT NEWS SHIPBUILDING
                                        EMPLOYEES' CREDIT UNION, INC., t/a
                                        BAYPORT CREDIT UNION

                                        By_____/s/_____
                                          Allen W. Beasley
                                          Virginia Bar No. 24730
                                          Breeden, Salb, Beasley & DuVall, P.L.C.
                                          555 East Main Street, Suite 1210
                                          Norfolk, Virginia 23510-2234
                                          Phone: (757) 622-1111
                                          Fax: (757) 622-4049
                                          abeasley@breedenlaw.net

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on February 22, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record on the CM/ECF system.

                                                /s/
                                      Allen W. Beasley
Virginia Bar No. 24730
Breeden, Salb, Beasley & DuVall, P.L.C.
555 East Main Street, Suite 1210
Norfolk, Virginia 23510-2234
Phone: (757) 622-1111
Fax: (757) 622-4049
abeasley@breedenlaw.net
*Counsel for Langley Federal Credit Union,*
*Newport News Shipbuilding Employees' Credit*
*Union, Inc., t/a BayPort Credit Union, and*
*Chartway Federal Credit Union*