UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BRANDON GUNNELL,

    Plaintiff,

v.                                       Civil Action No.: 2:12cv55

EQUIFAX INFORMATION SERVICES,
LLC, KLINE CHEVROLET SALES
CORPORATION, LANGLEY FEDERAL
CREDIT UNION, WELLS FARGO BANK,
NATIONAL ASSOCIATION T/A WELLS
FARGO DEALER SERVICES, INC. F/K/A
WACHOVIA DEALER SERVICES, ABNB
FEDERAL CREDIT UNION, BANK OF AMERICA,
NATIONAL ASSOCIATION, NEWPORT NEWS
SHIPBUILDING EMPLOYEES' CREDIT UNION,
INC. T/A BAYPORT CREDIT UNION, BB&T
CORPORATION T/A BB&T SALES FINANCE
CHARTWAY FEDERAL CREDIT UNION,
CITIFINANCIAL AUTO CORPORATION, UNION
FIRST MARKET BANK F/K/A FIRST MARKET BANK,
PORTALLIANCE FEDERAL CREDIT UNION, AND
SUNTRUST BANK,

    Defendants.

MOTION FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADINGS

    Defendants, Wells Fargo Bank, National Association, ABNB Federal Credit Union, and PortAlliance Federal Credit Union (collectively "Defendants"), by counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7(F)(2)(b), and file this motion for an extension of time to file responsive pleadings to the Complaint to and including March 19, 2012. Counsel for Plaintiff has consented to this extension and an Agreed Order is attached hereto.

WHEREFORE, Defendants, Wells Fargo Bank, National Association, ABNB Federal Credit Union, and PortAlliance Federal Credit Union, by counsel, respectfully request that the Court enter the Agreed Order granting the motion for extension of time to file responsive pleadings to and including March 19, 2012.

Respectfully submitted, this 23rd day of February 2012.

        **WELLS FARGO BANK, NATIONAL ASSOCIATION, ABNB FEDERAL CREDIT UNION AND PORTALLIANCE FEDERAL CREDIT UNION**

        By: \_\_\_/s/ R. Ellen Coley_____
        Hunter W. Sims, Jr. (VSB No. 09218)
        Email: hwsims@kaufcan.com
        J. Bradley Reaves (VSB No. 71389)
        Email: jbreaves@kaufcan.com
        R. Ellen Coley (VSB No. 75970)
        Email: recoley@kaufcan.com
        Kaufman & Canoles, P.C.
        150 West Main Street, Suite 2100
        Norfolk, VA 23510
        (757) 624-3000
        (757) 624-3169 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2012, a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Gary L. Abbott, Esq.
> Email: garyabbott9@msn.com
> Consumer Litigation Associates
> 763 J. Clyde Morris Boulevard
> Suite 1A
> Newport News, VA 23601
> (757) 930-3660
> (757) 930-3662 Facsimile
> *Counsel for Plaintiff Brandon Gunnell*

> By: __/s/ R. Ellen Coley__
> Hunter W. Sims, Jr. (VSB No. 09218)
> Email: hwsims@kaufcan.com
> J. Bradley Reaves (VSB No. 71389)
> Email: jbreaves@kaufcan.com
> R. Ellen Coley (VSB No. 75970)
> Email: recoley@kaufcan.com
> Kaufman & Canoles, P. C.
> 150 West Main Street, Suite 2100
> Norfolk, VA 23510
> (757) 624-3000
> (757) 624-3169 Facsimile

11556141_2.DOC