UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BRANDON GUNNELL,

    Plaintiff,

v.                                          Civil Action No.: 2:12cv55

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.

## AGREED ORDER

Defendants, Wells Fargo Bank, National Association, ABNB Federal Credit Union, and PortAlliance Federal Credit Union, by counsel, moved this Court for an extension of time to and including March 19, 2012, to file responsive pleadings to the Complaint filed in this matter.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for the Plaintiff, it is

ORDERED, ADJUDGED, and DECREED that Motion for an Extension of Time to File Responsive Pleadings filed by Defendants, Wells Fargo Bank, National Association, ABNB Federal Credit Union, and PortAlliance Federal Credit Union, is GRANTED, and it is further

ORDERED, ADJUDGED, and DECREED that Defendants, Wells Fargo Bank, National Association, ABNB Federal Credit Union, and PortAlliance Federal Credit Union, are GRANTED, an extension of time to file responsive pleadings to and including March 19, 2012.

ENTERED:

_____
U.S. District Court Judge

By: *R. Ellen Coley* _____
Hunter W. Sims, Jr. (VSB No. 09218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendants Wells Fargo Bank,*
*National Association, ABNA Federal Credit*
*Union and PortAlliance Federal Credit Union*

SEEN AND AGREED:

By: *Gary L. Abbott* _____
Gary L. Abbott, Esq.
Email: garyabbott9@msn.com
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 Facsimile
*Counsel for Plaintiff Brandon Gunnell*

11563433_1.DOC