**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

BRANDON GUNNELL,

      Plaintiff,

v.                                           Civil Action No.:  2:12cv55

EQUIFAX INFORMATION
  SERVICES, LLC, et al.,

      Defendants.

## NOTICE OF APPEARANCE

      Defendant, Kline Chevrolet Sales Corporation t/a Priority Chevrolet ("Priority Chevrolet"), by counsel, files this Notice of Appearance notifying the Court that the following attorney will serve as counsel in this matter on behalf of defendant, Priority Chevrolet:

                  Hunter W. Sims, Jr. (VSB No. 9218)
                  Email:  hwsims@kaufcan.com
                  Kaufman & Canoles, P. C.
                  150 West Main Street, Suite 2100
                  Norfolk, VA 23510
                  (757) 624-3000
                  (757) 624-3169 Facsimile

                  **KLINE CHEVROLET SALES CORPORATION**
                  **T/A PRIORITY CHEVROLET**

                  By:   /s/ Hunter W. Sims, Jr.            
                  Hunter W. Sims, Jr. (VSB No. 9218)
                  Email:  hwsims@kaufcan.com
                  J. Bradley Reaves (VSB No. 71389)
                  Email:  jbreaves@kaufcan.com
                  R. Ellen Coley (VSB No. 75970)
                  Email:  recoley@kaufcan.com
                  Kaufman & Canoles, P. C.
                  150 West Main Street, Suite 2100
                  Norfolk, VA 23510
                  (757) 624-3000
                  (757) 624-3169 Facsimile

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gary L. Abbott, Esq.
Email: garyabbott9@msn.com
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660
*Counsel for Plaintiff Brandon Gunnell*

John Willard Montgomery, Jr., Esq.
Email: jmontgomery@jwm-law.com
Montgomery & Simpson, LLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
(804) 355-8744
*Counsel for Defendant*
*Equifax Information Services*

Christopher Eugene Brown, Esq.
Email: cebrown@milesstockbridge.com
Miles & Stockbridge PC
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
(703) 903-9000
*Counsel for Defendant*
*Citifinancial Auto Corporation*

By: ___/s/ Hunter W. Sims, Jr._____
Hunter W. Sims, Jr. (VSB No. 9218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendant Kline Chevrolet Sales*
*Corporation t/a Priority Chevrolet*

11607996_1.DOC

- 2 -