UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BRANDON GUNNELL,

        Plaintiff,

v.                                                                        Civil Action No.: 2:12cv55

EQUIFAX INFORMATION
  SERVICES, LLC, et al.,

        Defendants.

## NOTICE OF APPEARANCE

Defendant, Kline Chevrolet Sales Corporation t/a Priority Chevrolet ("Priority Chevrolet"), by counsel, files this Notice of Appearance notifying the Court that the following attorney will serve as counsel in this matter on behalf of defendant, Priority Chevrolet:

    J. Bradley Reaves (VSB No. 71389)
    Email: jbreaves@kaufcan.com
    Kaufman & Canoles, P. C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    (757) 624-3000
    (757) 624-3169 Facsimile

    **KLINE CHEVROLET SALES CORPORATION**
    **T/A PRIORITY CHEVROLET**

    By:   /s/ J. Bradley Reaves
    Hunter W. Sims, Jr. (VSB No. 9218)
    Email: hwsims@kaufcan.com
    J. Bradley Reaves (VSB No. 71389)
    Email: jbreaves@kaufcan.com
    R. Ellen Coley (VSB No. 75970)
    Email: recoley@kaufcan.com
    Kaufman & Canoles, P. C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    (757) 624-3000
    (757) 624-3169 Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on March 22, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Gary L. Abbott, Esq.
    Email: garyabbott9@msn.com
    Consumer Litigation Associates
    763 J Clyde Morris Boulevard, Suite 1A
    Newport News, VA 23601
    (757) 930-3660
    *Counsel for Plaintiff Brandon Gunnell*

    John Willard Montgomery, Jr., Esq.
    Email: jmontgomery@jwm-law.com
    Montgomery & Simpson, LLP
    2116 Dabney Road, Suite A-1
    Richmond, VA 23230
    (804) 355-8744
    *Counsel for Defendant*
    *Equifax Information Services*

    Christopher Eugene Brown, Esq.
    Email: cebrown@milesstockbridge.com
    Miles & Stockbridge PC
    1751 Pinnacle Drive, Suite 500
    McLean, VA 22102-3833
    (703) 903-9000
    *Counsel for Defendant*
    *Citifinancial Auto Corporation*

    By: /s/ J. Bradley Reaves
    Hunter W. Sims, Jr. (VSB No. 9218)
    Email: hwsims@kaufcan.com
    J. Bradley Reaves (VSB No. 71389)
    Email: jbreaves@kaufcan.com
    R. Ellen Coley (VSB No. 75970)
    Email: recoley@kaufcan.com
    Kaufman & Canoles, P. C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    (757) 624-3000
    (757) 624-3169 Facsimile
    *Counsel for Defendant Kline Chevrolet Sales*
    *Corporation t/a Priority Chevrolet*

11607927_1.DOC