UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BRANDON GUNNELL,

    Plaintiff,

v.                                                                           Civil Action No.: 2:12cv55

EQUIFAX INFORMATION
   SERVICES, LLC, *et al.*,

    Defendants.

## MOTION FOR EXTENSION OF
## TIME TO FILE RESPONSIVE PLEADINGS

Defendant, Kline Chevrolet Sales Corporation t/a Priority Chevrolet ("Priority"), by and through counsel, moves this Court to grants its motion for an extension of time to file responsive pleadings to the Complaint to and including April 6, 2012, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. In support of this Motion, Priority incorporates by reference and relies upon the arguments and authorities set forth in its Memorandum in Support of Motion for Extension of Time to File Responsive Pleadings filed together herewith.

                                                     KLINE CHEVROLET SALES CORPORATION
                                                     T/A PRIORITY CHEVROLET

                                                     By:   /s/ J. Bradley Reaves
                                                     Hunter W. Sims, Jr. (VSB No. 9218)
                                                     Email: hwsims@kaufcan.com
                                                     J. Bradley Reaves (VSB No. 71389)
                                                     Email: jbreaves@kaufcan.com
                                                     R. Ellen Coley (VSB No. 75970)
                                                     Email: recoley@kaufcan.com
                                                     Kaufman & Canoles, P.C.
                                                     150 West Main Street, Suite 2100
                                                     Norfolk, VA 23510
                                                     (757) 624-3000
                                                     (757) 624-3169 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2012, a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gary L. Abbott, Esq.
Email: garyabbott9@msn.com
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660
*Counsel for Plaintiff Brandon Gunnell*

John Willard Montgomery, Jr., Esq.
Email: jmontgomery@jwm-law.com
Montgomery & Simpson, LLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
(804) 355-8744
*Counsel for Defendant*
*Equifax Information Services*

Christopher Eugene Brown, Esq.
Email: cebrown@milesstockbridge.com
Miles & Stockbridge PC
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
(703) 903-9000
*Counsel for Defendant*
*Citifinancial Auto Corporation*

By: ___/s/ J. Bradley Reaves_____
Hunter W. Sims, Jr. (VSB No. 9218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendant Kline Chevrolet Sales*
*Corporation t/a Priority Chevrolet*

11608062_1.DOC