UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

**BRANDON GUNNELL,**

      **Plaintiff,**

**v.**                                         **Civil Action No.: 2:12cv55**

**EQUIFAX INFORMATION**
  **SERVICES, LLC,** *et al.,*

      **Defendants.**

## MEMORANDUM IN SUPPORT OF MOTION
## FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant, Kline Chevrolet Sales Corporation t/a Priority Chevrolet ("Priority"), by counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for its Memorandum in Support of Motion for Extension of Time to File Responsive Pleadings, respectfully states as follows:

    1.    Counsel for Priority and Counsel for Plaintiff have been in communication since shortly after the filing of this action.

    2.    Counsel for Plaintiff has agreed and consented to an extension of time for Priority to file its responsive pleadings to and including April 6, 2012.

    3.    An Agreed Order signed by counsel for the Plaintiff and also signed by counsel for all other defendants who remain in this case is attached hereto as Exhibit A.

    4.    As this is an Agreed Order, there is no prejudice to Plaintiff or to any other party in allowing Priority to and including April 6, 2012 to file its responsive pleadings.

### Conclusion

For the foregoing reasons, this Court should grant Priority's Motion for Extension of Time to File Responsive Pleadings to and including April 6, 2012

Respectfully submitted, this 22nd day of March 2012.

KLINE CHEVROLET SALES CORPORATION
T/A PRIORITY CHEVROLET

By: ___/s/ J. Bradley Reaves_____
Hunter W. Sims, Jr. (VSB No. 9218)
Email:  hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email:  jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email:  recoley@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2012, a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gary L. Abbott, Esq.
Email: garyabbott9@msn.com
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660
*Counsel for Plaintiff Brandon Gunnell*

John Willard Montgomery, Jr., Esq.
Email: jmontgomery@jwm-law.com
Montgomery & Simpson, LLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
(804) 355-8744
*Counsel for Defendant*
*Equifax Information Services*

Christopher Eugene Brown, Esq.
Email: cebrown@milesstockbridge.com
Miles & Stockbridge PC
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
(703) 903-9000
*Counsel for Defendant*
*Citifinancial Auto Corporation*

By:    /s/ J. Bradley Reaves
Hunter W. Sims, Jr. (VSB No. 9218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendant Kline Chevrolet Sales*
*Corporation t/a Priority Chevrolet*

11614374_1.DOC