UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BRANDON GUNNELL,

    Plaintiff,

v.

                                        Civil Action No.: 2:12cv55

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.

## AGREED ORDER

Defendant, Kline Chevrolet Sales Corporation t/a Priority Chevrolet, by counsel, moved this Court for an extension of time to and including April 6, 2012, to file responsive pleadings to the Complaint filed in this matter.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for the Plaintiff, it is

ORDERED, ADJUDGED, and DECREED that the Motion for an Extension of Time to File Responsive Pleadings filed by Defendant, Kline Chevrolet Sales Corporation t/a Priority Chevrolet, is GRANTED, and it is further

ORDERED, ADJUDGED, and DECREED that Defendant, Kline Chevrolet Sales Corporation t/a Priority Chevrolet, is GRANTED, an extension of time to file responsive pleadings to and including April 6, 2012.

**ENTERED:**

_____
U.S. District Court Judge

Brandon Gunnell v.
Equifax Information Services, LLC, *et al.*
Civil Action No. 2:12cv55

**WE ASK FOR THIS**:

By: _____
Hunter W. Sims, Jr. (VSB No. 9218)
Email:  hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email:  jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email:  recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendant Kline Chevrolet*
*Sales Corporation t/a Priority Chevrolet*

Brandon Gunnell v.
Equifax Information Services, LLC, *et al.*
Civil Action No. 2:12cv55


**SEEN AND AGREED:**

By: *[signature]*
Gary L. Abbott, Esq.
Email: garyabbott9@msn.com
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 Facsimile
*Counsel for Plaintiff Brandon Gunnell*

Brandon Gunnell v.
Equifax Information Services, LLC, *et al.*
Civil Action No. 2:12cv55

**SEEN AND AGREED:**

By: _____
John Willard Montgomery, Jr., Esq.
Email: jmontgomery@jwm-law.com
Montgomery & Simpson, LLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
(804) 355-8744
*Counsel for Defendant*
*Equifax Information Services*

4

Brandon Gunnell v.
Equifax Information Services, LLC, *et al.*
Civil Action No. 2:12cv55

**SEEN AND AGREED**:

By: /s/ Christopher E. Brown
Christopher Eugene Brown, Esq.
Email: cebrown@milesstockbridge.com
Miles & Stockbridge PC
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
(703) 903-9000
*Counsel for Defendant*
*Citifinancial Auto Corporation*

*11604593_1.DOC*