UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BRANDON GUNNELL,

    Plaintiff,

v.                                                            Civil Action No.: 2:12cv55

EQUIFAX INFORMATION
  SERVICES, LLC, et al.,

    Defendants.

## NOTICE OF APPEARANCE

Defendant, Kline Chevrolet Sales Corporation t/a Priority Chevrolet ("Priority Chevrolet"), by counsel, files this Notice of Appearance notifying the Court that the following attorney will serve as counsel in this matter on behalf of defendant, Priority Chevrolet

    R. Ellen Coley (VSB No. 75970)
    Email: recoley@kaufcan.com
    Kaufman & Canoles, P. C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    (757) 624-3000
    (757) 624-3169 Facsimile

    **KLINE CHEVROLET SALES CORPORATION
    T/A PRIORITY CHEVROLET**

    By:   /s/ R. Ellen Coley
    Hunter W. Sims, Jr. (VSB No. 9218)
    Email: hwsims@kaufcan.com
    J. Bradley Reaves (VSB No. 71389)
    Email: jbreaves@kaufcan.com
    R. Ellen Coley (VSB No. 75970)
    Email: recoley@kaufcan.com
    Kaufman & Canoles, P. C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    (757) 624-3000
    (757) 624-3169 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2012, a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Gary L. Abbott, Esq.
        Email: garyabbott9@msn.com
        Consumer Litigation Associates
        763 J Clyde Morris Boulevard
        Suite 1A
        Newport News, VA 23601
        (757) 930-3660
        (757) 930-3662 Facsimile
        *Counsel for Plaintiff Michael Dilday*

By:   /s/ R. Ellen Coley
Hunter W. Sims, Jr. (VSB No. 09218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile

11562756_1.DOC

3